UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASPER F. WILSON,<br><br>    Plaintiff,<br><br>  v.<br><br>JEFFREY A. BEARD, et al.,<br><br>    Defendants. | No. 2:15-cv-1481 AC P<br><br><br>ORDER |

Plaintiff has filed a second request for an extension of time to file and serve a response to defendants' October 30, 2017 motion to dismiss. See ECF No. 26. Plaintiff's first extension of time request was granted on November 27, 2017. See ECF No. 24. Good cause appearing, the motion will be granted.

IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 26) is GRANTED, and

2. Plaintiff shall file and serve his response within thirty days of the date of this order. No further extensions of time will be granted.

Defendants' reply, if any, shall be filed and served within seven days thereafter.

DATED: January 3, 2018

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE