UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASPER F. WILSON, <br><br> Plaintiff, <br><br> v. <br><br> JEFFREY A. BEARD, et al., <br><br> Defendants. | No. 2:15-cv-1481 MCE AC P <br><br><br> ORDER |

On April 19, 2019, plaintiff filed a motion to compel discovery. ECF No. 49. To date, defendants have neither opposed the motion nor filed a statement of non-opposition to it.

Local Rule 230(l) provides in part: "Failure of the responding party to file written opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion . . . ." Local Rule 110 provides that failure to comply with the Local Rules "may be grounds for imposition of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."

Before imposing sanctions or deeming plaintiff's motion to be unopposed, the court will grant defendants a final opportunity to respond.

Accordingly, IT IS HEREBY ORDERED that within twenty-one days of the date of this order, defendants shall file an opposition, if any, to plaintiff's motion to compel. Failure to file an

////

1

opposition will be deemed a statement of non-opposition and may result in a grant of plaintiff's motion to compel.

DATED: May 20, 2019

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE